# EXHIBIT A

## Superior Court of Arizona
## In Maricopa County

Case Number __CV2015-090360__

COPY

**CIVIL COVER SHEET- NEW FILING ONLY**
(Please Type or Print)

Is Interpreter Needed? ☐ Yes ☐ No

If yes, what language: _____

JAN 23 2015
MICHAEL K. JEANES, CLERK
S. LaSPALUTO
DEPUTY CLERK

**Plaintiff's Attorney:**
Mark D. Bradshaw

To the best of my knowledge all information is true and correct.

**Attorney's Bar Number:** ___007170___

_Attorney/Pro Per Signature (If no attorney, YOUR signature)_

**Plaintiff's Name(s):** (List all)
Allison Wood, a married woman

**Plaintiff's Address:**
c/o 1013 S. Stapley Drive

Mesa, AZ 85204

(List additional plaintiffs on page two and/or attach a separate sheet.)

**Defendant's Name(s):** (List all.)
State Farm Mutual Automobile Insurance Company, an Illinois insurance company;

ABC Corporations I-V; XYZ Insurance Companies I-V; and Black and White

(List additional defendants on page two and/or attach a separate sheet.)

**EMERGENCY ORDER SOUGHT:**
(if applicable)

☐ Temporary Restraining Order
☐ OSC – Order to Show Cause
☐ Employer Sanction

☐ Provisional Remedy
☐ Election Challenge
☐ Other _____

☒ RULE 8(i) COMPLEX LITIGATION DOES NOT APPLY.  (Mark appropriate box under **Nature of Action**).

☐ RULE 8(i) COMPLEX LITIGATION APPLIES   Rule 8(i) of the Rules of Civil Procedure defines a "Complex Case" as civil actions that require continuous judicial management. A typical case involves a large number of witnesses, a substantial amount of documentary evidence, and a large number of separately represented parties. (Mark appropriate box on page two as to complexity, **in addition** to the Nature of Action case category).

## NATURE OF ACTION
(Place an "X" next to the **one** case category that most accurately describes your primary case.)

**100 TORT MOTOR VEHICLE:**
☐ 101 Non-Death/Personal Injury
☐ 102 Property Damage
☐ 103 Wrongful Death
**110 TORT NON-MOTOR VEHICLE:**
☐ 111 Negligence
☐ 112 Product Liability – Asbestos
☐ 112 Product Liability – Tobacco
☐ 112 Product Liability – Toxic/Other
☐ 113 Intentional Tort
☐ 114 Property Damage
☐ 115 Legal Malpractice
☐ 115 Malpractice – Other professional
☐ 117 Premises Liability
☐ 118 Slander/Libel/Defamation
☐ 116 Other (Specify) _____

**120 MEDICAL MALPRACTICE:**
☐ 121 Physician M.D. ☐ 123 Hospital
☐ 122 Physician D.O ☐ 124 Other
**130 CONTRACTS:**
☐ 131 Account (Open or Stated)
☐ 132 Promissory Note
☐ 133 Foreclosure
☐ 138 Buyer-Plaintiff
☐ 139 Fraud
☒ 134 Other Contract (i.e. Breach of Contract)
☐ 135 Excess Proceeds - Sale
☐ Construction Defects (Residential/Commercial)
   ☐ 136 Six to Nineteen Structures
   ☐ 137 Twenty or More Structures

**150-199 OTHER CIVIL CASE TYPES:**

Case No. _____

☐ 156 Eminent Domain/Condemnation
☐ 151 Eviction Actions (Forcible and Special Detainers)
☐ 152 Change of Name
☐ 153 Transcript of Judgment
☐ 154 Foreign Judgment
☐ 158 Quiet Title
☐ 160 Forfeiture
☐ 175 Election Challenge
☐ 179 Employer Sanction Action (A.R.S. §23-212)
☐ 180 Injunction against Workplace Harassment
☐ 181 Injunction against Harassment
☐ 182 Civil Penalty
☐ 186 Water Rights **(Not General Stream Adjudication)**
☐ 187 Real Property
☐ Sexually Violent Persons (A.R.S. §36-3704)
   (Except Maricopa County)
☐ Minor Abortion (See Juvenile in Maricopa County)
☐ Special Action Against Lower Courts
   (See lower court appeal cover sheet in Maricopa)
☐ 194-Immigration Enforcement Challenge
   (§§1-501, 1-502, 11-1051)

**150-199 UNCLASSIFIED CIVIL CASE TYPES:**

☐ Notice of Appeal pursuant to A.R.S. § 12-904
   (formerly "Administrative Review")
   (Use lower court appeal cover sheet in Maricopa)
☐ 150 Tax Appeal
(All other tax matters must be filed in the AZ Tax Court)

☐ 155 Declaratory Judgment
☐ 157 Habeas Corpus
☐ 184 Landlord Tenant Dispute - Other
☐ 159 Restoration of Civil Rights (Federal)
☐ 159 Clearance of Records (A.R.S. §13-4051)
☐ 190 Declaration of Factual Innocence(A.R.S.§12-771)
☐ 191 Declaration of Factual Improper Party Status
☐ 193 Vulnerable Adult (A.R.S. §46-451)
☐ 165 Tribal Judgment
☐ 167 Structured Settlement (A.R.S. §12-2901)
☐ 169 Attorney Conservatorships (State Bar)
☐ 170 Unauthorized Practice of Law (State Bar)
☐ 171 Out-of-State Deposition for Foreign Jurisdiction
☐ 172 Secure Attendance of Prisoner
☐ 173 Assurance of Discontinuance
☐ 174 Iri-State Deposition for Foreign Jurisdiction
☐ 176 Eminent Domain–Light Rail Only
☐ 177 Interpleader– Automobile Only
☐ 178 Delayed Birth Certificate (A.R.S. §36-333.03)
☐ 183 Employment Dispute - Discrimination
☐ 185 Employment Dispute - Other
☐ 195(a) Amendment of Marriage License
☐ 195(b) Amendment of Birth Certificate
☐ 163 Other

_____

(Specify)

## COMPLEXITY OF THE CASE

If you marked the box on page one indicating that Complex Litigation applies, place an "X" in the box of no less than one of the following:

☐ Antitrust/Trade Regulation
☐ Construction Defect with many parties or structures
☐ Mass Tort
☐ Securities Litigation with many parties
☐ Environmental Toxic Tort with many parties
☐ Class Action Claims
☐ Insurance Coverage Claims arising from the above-listed case types
☐ A Complex Case as defined by Rule 8(i) ARCP

Additional Plaintiff(s)
- - -
_____

_____

Additional Defendant(s)
Partnerships I-V
_____

_____

***ASSIGNED TO SEJD***

©Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CV10f- 090213

Mark D. Bradshaw, Esq.
**THE BRADSHAW FIRM PLC**
1013 S. Stapley Drive
Mesa, Arizona 85204
mark@thebradshawfirm.com
(480) 835-5553
(480) 461-0533 Fax
Attorney ID#007170

Attorney for Plaintiff

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

ALLISON WOOD, a married woman,    )
                                  )
          Plaintiff,              )    NO. CV2015-090360
                                  )
     v.                           )    **SUMMONS**
                                  )
                                  )    (Breach of Contract)
STATE FARM MUTUAL AUTOMOBILE      )
INSURANCE COMPANY, an Illinois    )    (SEJD)
insurance company; ABC            )
CORPORATIONS I-V; XYZ INSURANCE   )    IF YOU WANT THE ADVISE OF A LAWYER, YOU MAY
COMPANIES I-V; and BLACK AND      )    WISH TO CONTACT THE LAWYER REFERRAL SERVICE AT
WHITE PARTNERSHIPS I-V,           )    602-257-4434 OR ONLINE AT WWW.LAWYERSFINDERS.ORG
                                  )    LRS IS SPONSORED BY THE MARICOPA COUNTY
          Defendants.             )    BAR ASSOCIATION.
_____)

TO THE ABOVE NAMED DEFENDANTS:    STATE FARM MUTUAL
                                  AUTOMOBILE INSURANCE
                                  COMPANY, an Illinois
                                  insurance company

     You are hereby summoned and required to appear and

defend in the above entitled action, in the above

entitled court, within TWENTY DAYS, exclusive of the day

of service, after service of this Summons upon you, if

served within the State of Arizona, and within THIRTY

DAYS, exclusive of the day of service, if served without

the State of Arizona, and you are hereby notified that in case you fail so to do, judgment by default will be rendered against you for the relief demanded in the Complaint.  Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case at least three (3) judicial days in advance of a scheduled court proceeding.

The name and address of the attorney for the Plaintiff is:      Mark D. Bradshaw
THE BRADSHAW FIRM PLC
1013 S. Stapley Drive
Mesa, Arizona 85204

DONE IN OPEN COURT this _____ day of _____, 2015.


_____
Clerk of the Superior Court



By_____
Deputy Clerk

MICHAEL K. JEANES, CLERK
S. LaSPALUTO
DEPUTY CLERK

2

**COPY**

1  Mark D. Bradshaw, Esq.
   THE BRADSHAW FIRM PLC
   1013 S. Stapley Drive
2  Mesa, Arizona 85204
   mark@thebradshawfirm.com
3  (480) 835-5853
   (480) 461-0533 Fax
   Attorney ID#007170
4

JAN 2 3 2015

MICHAEL K. JEANES, CLERK
S. LaSPALUTO
DEPUTY CLERK

5  Attorney for Plaintiff

6       IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

7          IN AND FOR THE COUNTY OF MARICOPA

8  ALLISON WOOD, a married woman,    )
                                     )   NO. CV2015-090360
9              Plaintiff,            )
                                     )   COMPLAINT
10        v.                         )
                                     )   (Breach of Contract)
11 STATE FARM MUTUAL AUTOMOBILE      )
   INSURANCE COMPANY, an Illinois    )
12 insurance company; ABC CORPORA-   )
   TIONS I-V; XYZ INSURANCE          )
13 COMPANIES I-V; and BLACK AND      )
   WHITE PARTNERSHIPS I-V,           )
14                                   )
              Defendants.            )
15

16       Plaintiff, Allison Wood, for her Complaint against

17 Defendant State Farm Mutual Automobile Insurance Company,

18 an Illinois insurance company, alleges and states as

19 follows:

20       **ALLEGATIONS COMMON TO ALL COUNTS:**

21       1.  Plaintiff Allison Wood is a married woman and a

22 resident of Maricopa County, State of Arizona.

         2.  Defendant State Farm Mutual Automobile Insurance

Company ("State Farm"), is an Illinois insurance entity,

1   duly licensed to sell and administer insurance in the

2   State of Arizona.

3      3.   ABC Corporations I-V, XYZ Insurance Companies

4   I-V, and Black and White Partnerships I-V are fictitious

5   names denoting business or insurance entities which may

6   have issued policies of automobile insurance coverage to

    Plaintiff or other individuals or business entities with

7   whom Plaintiff is or was associated and a covered driver

8   under such policies or may otherwise be liable to

9   Plaintiff, whose identities are not known at this time.

10  Plaintiff requests leave to amend the Complaint to

11  reflect their true names when they become known.

12     4.   All acts alleged herein arose from occurrences

13  within the State of Arizona, County of Maricopa.

14     5.   Plaintiff makes claims that are subject to the

15  jurisdiction of the Superior Court for the State of

16  Arizona and requests compensation in amounts above the

    minimum set for jurisdiction in Superior Court for the

17  State of Arizona.

18     6.   This Court has subject matter jurisdiction and

19  personal jurisdiction over all of the parties listed

20  herein above.

21

22                              . . .

                                 2

7.   In 2012, Plaintiff had in force an automobile insurance policy through State Farm insuring her 2001 GMC Yukon XL K1500 Centennial passenger/Lt truck which Plaintiff was driving on June 25, 2012, the date of the motor vehicle collision relative to the subject herein. Plaintiff paid in full all premiums for Policy No. 2015414-E28-03 to insure her 2001 GMC Yukon.

8.   On or about June 25, 2012, Plaintiff Allison Wood was involved in an automobile collision with Sylvia Moreno.   Sylvia Moreno was insured by Dairyland County Mutual Insurance Company of Texas, a member of the Sentry Insurance Group, and had in force an automobile liability insurance policy with limits of $30,000.00 per occurrence of underinsured motorist benefits.

9.   As a direct and proximate result of that automobile collision, Plaintiff suffered both physical injuries, as well as lost wages.

10.   On or about March 6, 2013 Plaintiff settled her claims against Ms. Moreno in exchange for payment of the liability policy limits of $30,000.00.

11.   On July 25, 2013 Plaintiff sent a settlement demand to Defendant State Farm Insurance.   Defendant State Farm to date has made no settlement offer after

3

1    reviewing the settlement demand.

2    12.   In response to Plaintiff's request for payment

3    of the underinsured motorist benefits available to her

4    under her policy, Defendant State Farm failed to give

5    equal consideration to her claims.

6    13.   Defendant State Farm, by refusing to extend a

7    good faith settlement offer, has made a *de facto* denial

     of benefits to Plaintiff.

8    14.   Plaintiff has still not been fully compensated

9    for her claim to rightful benefits.

10                          **COUNT I**

11                     **Breach of Contract**

12   15.   The foregoing allegations are hereby repeated,

13   realleged, and restated as if fully set forth.

14   16.   Defendant State Farm's failure to make a good

15   faith offer and refusal to consider payment for

16   Plaintiff's injuries constitute a *de facto* denial of

17   coverage.

18   17.   Defendant State Farm's failure to offer payment

19   for Plaintiff's injuries under the contract Plaintiff

20   purchased from Defendant constitutes a breach of

     contract.

21

22

                              4

18.  As a direct and proximate result of the breach, Plaintiff has incurred direct and consequential damages.

## COUNT II

### Bad Faith

19.  The foregoing allegations are hereby repeated, realleged, and restated as if fully set forth.

20.  In every contract of insurance there is inherent in it the covenant of good faith and fair dealing.

21.  Defendant State Farm's failure to adequately investigate, failure to treat Plaintiff's claims with equal consideration, failure to make a good faith offer, failure to make reasonable efforts to alleviate the necessity of litigation, and failure to pay a reasonable amount to Plaintiff is a breach of the covenant of good faith and fair dealing.

22.  As a direct and proximate result of defendant State Farm's breach of the covenant of good faith and fair dealing, Plaintiff has incurred damages.

23.  Through its failure to evaluate in good faith Plaintiff's case, Defendant State Farm has acted with a conscious disregard and acted to serve its own interests, having reason to know and consciously disregarding a substantial risk that its conduct might significantly

5

1    injure Plaintiff.

2         24.  Plaintiff is, therefore, entitled to punitive

3    damages in an amount sufficient to stop such conduct and

4    deter similar conduct in the future.

5                            COUNT III

6                 Underinsured Motorist Benefits

7         25.  The foregoing allegations are hereby repeated,

8    realleged, and restated as if fully set forth.

9         26.  Because Plaintiff was injured as a direct and

10   proximate result of the negligence of an underinsured

11   motorist, Plaintiff is entitled to underinsured motorist

12   benefits pursuant to the contract of insurance Plaintiff

13   purchased from Defendant State Farm.

14        27.  Plaintiff is entitled to special and general

15   damages against State Farm by law to the extent of the

16   contract, but not more than the policy limits.

17        WHEREFORE, having fully averred her Complaint,

18   Plaintiff prays as follows:

19        1.   For judgment in favor of Plaintiff and against

20   Defendant State Farm Mutual Automobile Insurance Company

21   for the full amount of underinsured motorist benefits;

22        2.   For judgment in favor of Plaintiff and against

     Defendant State Farm Mutual Insurance Company on her

                               6

1    claims of breach of contract and bad faith;

2         3.    For all special damages in an amount to be

3    proven at trial;

4         4.    For all general damages in an amount to be

5    proven at trial;

6         5.    For punitive damages in an amount sufficient to

7    punish the Defendant State Farm Mutual Insurance Company

     and to deter similar future conduct by this Defendant and

8    other similarly-situated insurance companies;

9         6.    For costs incurred herein; and

10        7.    For attorneys' fees and taxable costs pursuant

11   to A.R.S. §12-341.01; and for such other and further

12   relief as the Court deems just and proper in the

13   premises.

14        DATED this __23rd__ day of __January__, 2015.

15                         THE BRADSHAW FIRM PLC

16

17   By_____
                         Mark D. Bradshaw, Esq.
18                       Attorney for Plaintiff

19

20

21

22

                                   7

MAR. 3. 2015  1:00PM    AUTO FIELD CLAIMS                    NO. 664   P. 9

**COPY**

Mark D. Bradshaw, Esq.
THE BRADSHAW FIRM PLC
1013 S. Stapley Drive
Mesa, Arizona 85204
mark@thebradshawfirm.com
(480) 834-8553
(480) 461-0533 Fax
Attorney ID# 007170

JAN 2 3 2015

MICHAEL K. JEANES, CLERK
S. LaSPALUTO
DEPUTY CLERK

Attorney for Plaintiff

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

ALISON WOOD, a married woman,        )   No CV2015-090360
                                     )
            Plaintiff,               )   CERTIFICATE ON
                                     )   COMPULSORY
   v.                                )   ARBITRATION
                                     )
STATE FARM MUTUAL AUTOMOBILE         )   (Breach of Contract)
INSURANCE COMPANY, an Illinois       )
insurance company; ABC              )   (SEJD)
CORPORATIONS I-V; XYZ INSURANCE     )
COMPANIES I-V; and BLACK AND        )
WHITE PARTNERSHIPS I-V,             )
                                     )
            Defendants.              )

The undersigned certifies that the largest award sought by each of the respective complainants, including punitive damages, but excluding interest, attorneys' fees, and costs **does exceed** the limits set by Local Rule for compulsory arbitration.  Each claim **is not** subject to the Uniform Rules of Procedure for Arbitration.

DATED this 23rd day of January, 2015.

THE BRADSHAW FIRM PLC

By: _____
Mark D. Bradshaw, Esq.
Attorney for Plaintiff

MAR. 3. 2015  1:01PM     AUTO FIELD CLAIMS                    NO. 664     P. 10

```
 1      COPY SERVED WITH THE
        SUMMONS AND COMPLAINT
 2

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23                              2
```

*The Bradshaw Firm PLC*
*1013 S Stapley*
*Mesa, AZ 85204*

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

ALLISON WOOD,                          )
                                       )     NO.    CV2015-090360
                    Plaintiff,         )
                                       )
vs.                                    )     CERTIFICATE OF SERVICE BY
                                       )     A PRIVATE PROCESS SERVER
STATE FARM MUTUAL, et al.,             )
                                       )          COPY
                    Defendants.        )
                                       )
_____)

     Rick Schattenberg, being fully qualified under ARCP 4(e) to serve process within the State of Arizona and having
been so appointed by Maricopa County Superior Court, did receive the following documents:

SUMMONS; COMPLAINT; CERTIFICATE OF ARBITRATION

          In each instance I personally served a true copy of each document listed above on those named below in the manner,
and at the time and place shown below.

          Service was made upon State Farm Mutual Automobile Insurance Co. c/o Dept. of Insurance., by
serving Jeri Caraveau, who was authorized to accept, at 2910 N 44th St., Phoenix AZ, on February 20, 2015
at 11:10a.m.

DATED: 2-20-15                         _____
                                       RICK SCHATTENBERG

          I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.

Charge: $   42.40 16 x 2.65
            16.00 1 x 16.00
            10.00 document prep.
        $   68.40  TOTAL

                                       DIRECT ACCESS LEGAL SERVICES
                                       550 W BASELINE RD., SUITE 5-151
                                       MESA, AZ 85210/(480) 641-2433

# EXHIBIT B

**THE HASSETT LAW FIRM, P.L.C.**
**1221 East Osborn Road**
**Suite 200**
**Phoenix, Arizona 85014-5541**
**Fax (602) 264-6541**
**(602) 264-7474**

Myles P. Hassett, No. 012176
mph@hassettlawfirm.com
Julie K. Moen, No. 024255
jkm@hassettlawfirm.com
Jamie A. Glasser, No. 029729
jamie@hassettlawfirm.com
*Attorneys for State Farm Mutual*
*Automobile Insurance Company*

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| ALLISON WOOD, a married woman, | NO. CV2015-090360 |
| Plaintiff, | **DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S NOTICE OF FILING NOTICE OF REMOVAL** |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois insurance company; ABC Corporations I-V; XYZ Insurance Companies I-V; and Black and White Partnerships I-V, | (Assigned to the Honorable Mark F. Aceto) |
| Defendants. | |

Defendant State Farm Mutual Automobile Insurance Company gives notice that under 28 USC §§1441 *et. seq.*, it has filed a notice of removal of this action to the

United States District Court for the District of Arizona. A copy of the notice of removal filed this date is attached as Exhibit A.

RESPECTFULLY SUBMITTED this 23rd day of March, 2015.

THE HASSETT LAW FIRM, P.L.C.

By: /s/ Jamie A. Glasser
    MYLES P. HASSETT
    JULIE K. MOEN
    JAMIE A. GLASSER
    *Attorneys for Attorneys for State Farm*
    *Mutual Automobile Insurance Company*

Original e-filed this 23rd day of March, 2015, with:

Clerk of Maricopa County Superior Court
201 West Jefferson Street
Phoenix, Arizona 85003

Copy delivered via e-filing system this
23rd day of March, 2015, to:

Honorable Mark F. Aceto
Judge of Maricopa County Superior Court
Southeast Judicial District
222 East Javelina Drive
Courtroom 2C
Mesa Arizona 85210

by e-service via AzTurbo Court
e-filing system this 23rd day of March, 2015, to:

Mark D. Bradshaw, Esq.
The Bradshaw Firm PLC
1013 South Stapley Drive
Mesa, Arizona 85204
*Attorney for Plaintiff*

/s/ Terry S. Montague
80-0517/Notice – filing notice of removal

**Terry Montague**

| | |
|---|---|
| **From:** | TurboCourt Customer Service |
| **Sent:** | Monday, March 23, 2015 2:21 PM |
| **To:** | jag@hassettlawfirm.com; tsm@hassettlawfirm.com |
| **Subject:** | AZTurboCourt E-Filing Courtesy Notification |

PLEASE DO NOT REPLY TO THIS EMAIL.

A party in this case requested that you receive an AZTurboCourt Courtesy Notification.

AZTurboCourt Form Set #1375370 has been delivered to Maricopa County.

You will be notified when these documents have been processed by the court.

Here are the filing details:
Case Number: CV2015-090360 (Note: If this filing is for case initiation, you will receive a separate notification when the case # is assigned.)
Filed By: Jamie A Glasser
AZTurboCourt Form Set: #1375370
Delivery Date and Time: Mar 23, 2015 2:21 PM MST

Forms:
Summary Sheet (This summary sheet will not be filed with the court. This sheet is for your personal records only.)

Attached Documents:
Notice of Removal to Federal Court: Defendant State Farm Mutual Automobile Insurance Company's Notice of Filing Notice of Removal
Exhibit/Attachment (Supporting): Exhibit A

E-Service notification was sent to the following recipient(s):

Mark D. Bradshaw at mark@thebradshawfirm.com